Certificate Number: __00437-CAS-CC-008456599__

# CERTIFICATE OF COUNSELING

I CERTIFY that on September 24, 2009                , at 11:22                o'clock AM MDT               ,

Craig M Nicholson                                     received from

Black Hills Children's Ranch, Inc.                                                      ,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Southern District of California                  , an  individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared    . If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet and telephone             .


Date: September 24, 2009                 By      /s/Dan Horn                                

                                         Name   Dan Horn                                   

                                         Title   Credit Counselor                          


* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).